UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>National General</u>
<u>Assurance Company</u>

    v.                          Civil No. 08-cv-00440-JL

<u>Freightliner of New</u>
<u>Hampshire, Inc.</u>

**<u>ORDER AFTER PRELIMINARY</u>**
**<u>PRETRIAL CONFERENCE</u>**

The Preliminary Pretrial Conference was held in chambers on **April 6, 2009.**

The Discovery Plan (document no. 36) is approved as submitted, with the following changes:

- "DiBenedetto" (empty chair defense) disclosure deadline -- **October 1, 2009**
- Summary judgment motions -- **November 15, 2009**
- Trial -- **April, 2010**

Based on the discussions between the court and counsel/parties at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- the plaintiff's claim for "res ipsa loquitur" (Count 8).

The theory, however, is not foreclosed to the plaintiff, if supported by the evidence, as part of Count 1 (negligence).

- the following affirmative defenses:  Count 1 (subject matter jurisdiction), Count 4 (SOL), Count 11 (waiver/estoppel/laches).

In their dispositive motions, the parties shall notify the court if they have agreed as to choice of law.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  April 6, 2009

cc:  Kimberly J.H. Memmesheimer, Esq.
     John P. Sherman, Esq.
     Susan H. Green, Esq.
     Dona Feeney, Esq.